# United States Bankruptcy Court
# Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Larry Glen McMillin

**BANKRUPTCY NO.**  8:14–bk–15658–CB

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–5647
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 12/15/14

**Address:**
16424 Vista Roma
Huntington Beach, CA 92649

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

BY THE COURT,

Dated: December 15, 2014

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**28 / KXF**